```
                                              FILED
                                        U.S. DISTRICT COURT
         UNITED STATES DISTRICT COURT   EASTERN DISTRICT OF LA
         EASTERN DISTRICT OF LOUISIANA
                                        2000 MAR 30  P 3: 15
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CIVIL ACTION  LORETTA G. WHYTE |
| Plaintiff, | * | NO: 00-0263 |
| versus | * | SECTION "C" (2) |
| A.J.S., INC.<br>SAM DENNIS SLAVICH,<br>TERRI SPENCER SLAVICH,<br>ANTHONY JOSEPH SLAVICH, JR.<br>LORI KOEN SLAVICH, INDIVIDUALLY<br>AND ON BEHALF OF A.J.S., INC.,<br>AND MARY TESVICH SLAVICH,<br>INDIVIDUALLY AND ON BEHALF OF<br>A.J.S., INC. AND AS EXECUTRIX<br>OF THE ESTATE OF ANTHONY J. SLAVICH | *<br><br>*<br><br>*<br><br>*<br><br>* | |
| Defendants. | *<br>*  *  * | |

### EX PARTE MOTION FOR EXTENSION OF TIME IN WHICH TO PLEAD PURSUANT TO LOCAL RULE 7.9

NOW INTO COURT, through undersigned counsel, comes the defendant, Mary Tesvich Slavich, individually and on behalf of A.J.S., Inc., and as Executrix of the Estate of Anthony J. Slavich, and A.J.S., Inc., who respectfully represents:

1.

On March 10, 2000, the defendant, Mary Tesvich Slavich, individually and on behalf of A.J.S., Inc. and as Executrix of the Estate of Anthony J. Slavich, and A.J.S., Inc. was served with the Complaint in this matter.

2.

This defendant's answer is currently due on March 30, 2000.

DATE OF ENTRY

MAR 3 1 2000

___ Fee ___
___ Process ___
X  Dktd
___ CtRmDep
___ Doc.No. ___

3.

Defendant has no notice of any objection filed into the record by opposing counsel objecting to an extension of time.

4.

Defendant, Mary Tesvich Slavich, individually and on behalf of A.J.S., Inc. and as Executrix of the Estate of Anthony J. Slavich, and A.J.S., Inc., is desirous of availing herself to an extension of time within which to plead.

5.

This is the defendant's first request for an extension of time in which to plead.

WHEREFORE, considering the foregoing, it is prayed that the defendant, Mary Tesvich Slavich, individually and on behalf of A.J.S., Inc. and as Executrix of the Estate of Anthony J. Slavich, and A.J.S., Inc., be given an extension of time within which to plead from the time the pleading would otherwise be due or until April 18, 2000 within which to file responsive pleadings to the original Complaint filed by the United States of America.

RESPECTFULLY SUBMITTED:

THOMAS B. CALVERT,
A PROFESSIONAL LAW CORPORATION

BY: _____
THOMAS B. CALVERT (#14129)
3838 North Causeway Boulevard
Suite 3095-Three Lakeway Center
Metairie, Louisiana 70002
Telephone: (504) 830-7660

Counsel for Defendant, Mary Tesvich Slavich,
Individually and on behalf of A.J.S., Inc. and as
Executrix of the Estate of Anthony J. Slavich and
A.J.S., Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CIVIL ACTION |
| Plaintiff, | * | NO: 00-0263 |
| versus | * | SECTION "C" (2) |
| A.J.S., INC. | * | |
| SAM DENNIS SLAVICH, | | |
| TERRI SPENCER SLAVICH, | * | |
| ANTHONY JOSEPH SLAVICH, JR. | | |
| LORI KOEN SLAVICH, INDIVIDUALLY | * | |
| AND ON BEHALF OF A.J.S., INC., | | |
| AND MARY TESVICH SLAVICH, | * | |
| INDIVIDUALLY AND ON BEHALF OF | | |
| A.J.S., INC. AND AS EXECUTRIX | * | |
| OF THE ESTATE OF ANTHONY J. SLAVICH | | |
| Defendants. | * | |
| | * * * | |

## ORDER

Considering the foregoing:

IT IS ORDERED that the defendant, Mary Tesvich Slavich, individually and on behalf of A.J.S., Inc. and as Executrix of the Estate of Anthony J. Slavich, and A.J.S., Inc., be granted a twenty (20) day extension of time or until April 18, 2000 within which to file responsive pleadings to the Complaint filed by the United States of America.

New Orleans, Louisiana this 31 day of March, 2000.

_____
JUDGE