UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CIVIL ACTION |
| Plaintiff, | * | NO: 00-0263 |
| versus | * | SECTION "C" (2) |
| A.J.S., INC.<br>SAM DENNIS SLAVICH,<br>TERRI SPENCER SLAVICH,<br>ANTHONY JOSEPH SLAVICH, JR.<br>LORI KOEN SLAVICH, INDIVIDUALLY<br>AND ON BEHALF OF A.J.S., INC.,<br>AND MARY TESVICH SLAVICH,<br>INDIVIDUALLY AND ON BEHALF OF<br>A.J.S., INC. AND AS EXECUTRIX<br>OF THE ESTATE OF ANTHONY J. SLAVICH | *<br><br>*<br><br>*<br><br>*<br><br>* | |
| Defendants. | * | |

\* \* \*

### EX PARTE MOTION FOR EXTENSION OF TIME IN WHICH TO PLEAD PURSUANT TO LOCAL RULE 7.9

NOW INTO COURT, through undersigned counsel, comes the defendant, Sam Dennis Slavich, who respectfully represents:

1.

On March 10, 2000, the defendant, Sam Dennis Slavich, was served with the Complaint in this matter.

2.

This defendant's answer is currently due on March 30, 2000.

3.

Defendant has no notice of any objection filed into the record by opposing counsel

DATE OF ENTRY

MAR 3 1 2000

objecting to an extension of time.

4.

Defendant, Sam Dennis Slavich, is desirous of availing himself to an extension of time within which to plead.

5.

This is the defendant's first request for an extension of time in which to plead.

WHEREFORE, considering the foregoing, it is prayed that the defendant, Sam Dennis Slavich, be given an extension of time within which to plead from the time the pleading would otherwise be due or until April 18, 2000 within which to file responsive pleadings to the original Complaint filed by the United States of America.

RESPECTFULLY SUBMITTED:

THOMAS B. CALVERT,
A PROFESSIONAL LAW CORPORATION

BY: _____
THOMAS B. CALVERT (#14129)
3838 North Causeway Boulevard
Suite 3095-Three Lakeway Center
Metairie, Louisiana 70002
Telephone: (504) 830-7660

Counsel for Defendant, Sam Dennis Slavich

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record by depositing same in the United States mails, postage pre-paid, first class on the 26 day of March, 2000.

_____
Thomas B. Calvert

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CIVIL ACTION |
| Plaintiff, | * | NO: 00-0263 |
| versus | * | SECTION "C" (2) |
| A.J.S., INC. | * | |
| SAM DENNIS SLAVICH, | | |
| TERRI SPENCER SLAVICH, | * | |
| ANTHONY JOSEPH SLAVICH, JR. | | |
| LORI KOEN SLAVICH, INDIVIDUALLY | * | |
| AND ON BEHALF OF A.J.S., INC., | | |
| AND MARY TESVICH SLAVICH, | * | |
| INDIVIDUALLY AND ON BEHALF OF | | |
| A.J.S., INC. AND AS EXECUTRIX | * | |
| OF THE ESTATE OF ANTHONY J. SLAVICH | | |
| Defendants. | * | |
| | * * * | |

## ORDER

Considering the foregoing:

IT IS ORDERED that the defendant, Sam Dennis Slavich, be granted a twenty (20) day extension of time or until April 18, 2000 within which to file responsive pleadings to the Complaint filed by the United States of America.

New Orleans, Louisiana this 31 day of March, 2000.

_____
JUDGE