

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MINUTE ENTRY
BERRIGAN, J
NOVEMBER 2, 2000

IT IS ORDERED that the following motions set for hearing on November 8, 2000, will be considered on the briefs.

| | |
|---|---|
| 99-1779 | SONYA L. LEVY V DR. HARRY RUSSELL ALBRIGHT, ET AL<br>Motion by Sonya Levy in limine to exclude form evidence the medical review panel opinion, the testimony of the members of the medical review panel and the testimony of Dr. William Stein bearing on liability (26) |
| 00-0263 | UNITED STATES OF AMERICA V A.J.S., INC., ET AL<br>Motion by the United States of America for summary judgment (23) |
| 00-0958 | CLYDE CHARLES V DOUGLAS GREENBERG, ET AL<br>Motion by Douglas Greenburg and Joseph Waitz, Jr. for dismissal pursuant to rule 12(b)(6)   (13) |
| 00-1149 | LAKELAND ANESTHESIA, INC., ETC. V UNITED HEALTHCARE OF LOUISIANA, INC.<br>Objection by United HealthCare of Louisiana, Inc. to Magistrate Judge Lance M. Africk's Report and Recommendation (44) |

UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
NOV 3 2000