

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CIVIL ACTION |
| Plaintiff, | * | NO. 00-0263 |
| versus | * | SECTION "C" (2) |
| A.J.S., INC. SAM DENNIS SLAVICH, TERRI SPENCER SLAVICH, ANTHONY JOSEPH SLAVICH, JR. LORI KOEN SLAVICH, INDIVIDUALLY AND ON BEHALF OF A.J.S., INC., AND MARY TESVICH SLAVICH, INDIVIDUALLY AND ON BEHALF OF A.J.S., INC. AND AS EXECUTRIX OF THE ESTATE OF ANTHONY J. SLAVICH | * * * * | |
| Defendants. | * | |

## UNOPPOSED MOTION TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, come the defendants, A.J.S., Inc., Sam Dennis Slavich, Terry Spencer Slavich, Anthony Joseph Slavich, Jr., Lori Koen Slavich, individually and on behalf of A.J.S., Inc. and Mary Tesvich Slabich, individually and on behalf of A.J.S., Inc. and as Executrix of the Estate of Anthony J. Slavich, who respectfully represent that they were recently served with plaintiff's Motion for Summary Judgment which is set for hearing on Wednesday, November 8, 2000. Counsel for the defendant is in need of additional time to respond to plaintiff's motion. Therefore, it is respectfully requested that this matter be continued until the next available hearing date. Counsel for the plaintiff has been contacted and has no opposition to the continuance of

DATE OF ENTRY
NOV 0 6 2000

this matter to the next available hearing date.

                        RESPECTFULLY SUBMITTED:

                        THOMAS B. CALVERT,
                        A PROFESSIONAL LAW CORPORATION

                        BY: _____
                            THOMAS B. CALVERT (#14129)
                            3838 North Causeway Boulevard
                            Suite 3095-Three Lakeway Center
                            Metairie, Louisiana 70002
                            Telephone. (504) 830-7660

Counsel for Defendants, A.J.S , Inc., et al

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record by depositing same in the United States mails, postage pre-paid, first class on the 30 day of October, 2000.

                                      _____
                                      Thomas B. Calvert

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CIVIL ACTION |
| Plaintiff, | * | NO: 00-0263 |
| versus | * | SECTION "C" (2) |
| A.J.S., INC.<br>SAM DENNIS SLAVICH,<br>TERRI SPENCER SLAVICH,<br>ANTHONY JOSEPH SLAVICH, JR.<br>LORI KOEN SLAVICH, INDIVIDUALLY<br>AND ON BEHALF OF A.J.S., INC.,<br>AND MARY TESVICH SLAVICH,<br>INDIVIDUALLY AND ON BEHALF OF<br>A.J.S., INC. AND AS EXECUTRIX<br>OF THE ESTATE OF ANTHONY J. SLAVICH | * | |
| Defendants. | * | |

O R D E R

Considering the foregoing:

IT IS ORDERED that plaintiff's Motion for Summary Judgment be continued until the 22nd day of November, 2000 at 9:30 a.m.

New Orleans, Louisiana this 2 day of Nov, 2000.

_____
JUDGE