FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV -7 AM 11:34

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**BERRIGAN, J.**
**November 6, 2000**

UNITED STATES OF AMERICA                    CIVIL ACTION

versus                                      NO. 00-0263

A.J.S. INC., et al                          SECTION "C" (2)


Plaintiff's Motion for summary judgment was incorrectly noticed for hearing on the briefs on November 8, 2000. The Court has granted a continuance in this matter (Rec. Doc. 25), and therefore, the Motion will be heard on the briefs on <u>**Wednesday, November 22, 2000, at 9:30 a.m.**</u>

DATE OF ENTRY
NOV - 7 2000

___Fee_____
___Process_____
_X_Dktd_____
___CtRmDep_____
Doc.No._____