

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MINUTE ENTRY**
**BERRIGAN, J**
**NOVEMBER 16, 2000**

  **IT IS ORDERED** that the following motions set for hearing on November 22, 2000, will be considered on the briefs.

| | |
|---|---|
| 00-0215 | IN THE MATTER OF THE COMPLAINT OF PRIDE OFFSHORE, INC., ETC. |
| | Motion by Pride Offshore, Inc. to continue trial (19) |
| 00-0263 | UNITED STATES OF AMERICA V A.J.S., INC., ET AL |
| | Motion by the United States of America for summary judgment (23) |
| 00-2083 | MATTHEW S. SKIDMORE V NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) |
| | Motion by National Railroad Passenger Corporation for summary judgment (17) |

DATE OF ENTRY
NOV 17 2000

Fee____
Process____
x Dktd____
__CtRmDep____
Doc.No.____

00-2873    CHARLES MCCORMICK V NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK)
Motion by National Railroad Passenger Corporation to dismiss (7)

_____
UNITED STATES DISTRICT JUDGE