FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV 21  PM 4:27

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | No. 00-0263 |
| A.J.S., INC., ET AL. | * | SECTION: "C"(2) |

\* \* \*

## MOTION FOR LEAVE
## TO FILE A REPLY MEMORANDUM

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the United States of America and moves for leave of court to file its reply to the defendants' Memorandum in Opposition Motion For Summary Judgment With Request For Extension of Time to Conduct Discovery.

Respectfully submitted,

EDDIE J. JORDAN, JR.
UNITED STATES ATTORNEY

ENEID A. FRANCIS (5816)
Assistant United States Attorney
Hale Boggs Federal Building
501 Magazine Street
New Orleans, Louisiana  70130
Telephone:  (504) 680-3060

DATE OF ENTRY
NOV 2 4 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | No. 00-0263 |
| A.J.S., INC., ET AL. | * | SECTION: "C"(2) |
| * * * | | |

**O R D E R**

Considering the motion filed by the United States of America:

IT IS HEREBY ORDERED that the United States of America is granted leave to file its reply to the defendants' Memorandum in Opposition Motion For Summary Judgment With Request For Extension of Time to Conduct Discovery.

New Orleans, Louisiana, this __21__ day of __Nov_____, 2000.

_____
UNITED STATES DISTRICT JUDGE