

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | No. 00-0263 |
| A.J.S., INC., ET AL. | * | SECTION: "C"(2) |
| * | * | * |

## MOTION TO SUBSTITUTE EXHIBIT

NOW INTO COURT, through the undersigned Assistant U.S. Attorney comes the United States of America, which moves to substitute the attached documents, the Declaration of Dr. David A. Vigh and the Declaration of Bruce Holland Baird, for the copies originally attached as Exhibits R-1 and R-2, respectively, to the Reply of the United States of America to Memorandum in Opposition Motion For Summary Judgment With Request For Extension of Time to Conduct Discovery filed by the United States.

WHEREFORE, the United States of America moves to file the original Declaration of Dr. David A. Vigh and the original Declaration of Bruce Holland Baird into the record and attach them as Exhibits R-1 and R-2, respectively, to the Reply of The United States of America to Memorandum in Opposition Motion For Summary

DATE OF ENTRY
NOV 28 2000

Fee____
Process____
X/Dktd____
✓/CtRmDep____
Doc.No.____

Judgment With Request For Extension of Time to Conduct Discovery filed by the United States.

                    Respectfully submitted,

                    EDDIE J. JORDAN, JR.
                    UNITED STATES ATTORNEY

                    ENEID A. FRANCIS
                    Assistant United States Attorney
                    Bar Roll No. 5816
                    Hale Boggs Federal Building
                    501 Magazine Street
                    New Orleans, Louisiana 70130
                    Telephone: (504) 680-3060

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the defendants by first-class mail, postage prepaid, on the **22nd** day of **November**, 2000.

                    ENEID A. FRANCIS
                    Assistant United States Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | No. 00-0263 |
| A.J.S., INC., ET AL. | * | SECTION: "C"(2) |

\* \* \*

### O R D E R

Considering the Motion To Substitute Exhibit filed by the United States of America:

IT IS HEREBY ORDERED that the original Declaration of Dr. David A. Vigh and the original Declaration of Bruce Holland Baird be filed into the record and substituted for the copies originally attached as Exhibits R-1 and R-2, respectively, to the Reply of the United States of America to Memorandum in Opposition Motion For Summary Judgment With Request For Extension of Time to Conduct Discovery filed by the United States.

New Orleans, Louisiana, this 27 day of Nov_____, 2000.

_____
UNITED STATES DISTRICT JUDGE

## DECLARATION

I am the supervisor of Bruce Holland Baird in my capacity as the Chief of the Environmental Analysis and Support Section of the Environmental Planning and Compliance Branch of the Planning Programs and Project Management Division of the U.S. Army Engineer District in New Orleans, Louisiana. I have read the allegations concerning the Caernarvon Freshwater Diversion Project in the Memorandum in Opposition to Motion for Summary Judgment With Incorporated Request for Extension of Time to Conduct Discovery filed by the defendant in United States of America versus A.J.S., Inc., et al, Civil Action No. 00-0263, Section "C" (2), now pending in the U.S. District Court for the Eastern District of Louisiana.

The Caernarvon Freshwater Diversion Project commenced operations in 1991. The structure is operated by the Louisiana Department of Natural Resources in consultation with the Caernarvon Interagency Advisory Group. In 1993, the operational procedures for the structure were temporarily changed; however, the change in operational procedures did not constitute a change in the intent or scope of the authorized project.

I am reliably informed by Bruce Holland Baird that he attended a meeting on January 31, 1997 in the Executive Office of the New Orleans District headquarters. Mr. Baird has advised me that he has no recollection of stating during the course of that meeting that "the oystermen were misled." Although Mr. Baird attended the referenced meeting as one of the representatives of the New Orleans District, the position held by Mr. Baird did not possess the authority to formulate and assert an official position for the Corps of Engineers regarding a matter of the magnitude, importance and controversy demonstrated by the statement that has been attributed to Mr. Baird by the allegations contained in the sworn affidavits of Sam Dennis Slavich and Ralph Pausina.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. (28 USC 1746.)

Executed on: November 21, 2000.

_____
Dr. David A. Vigh
Chief, Environmental Analysis and Support Section
Environmental Planning and Compliance Branch
Planning, Programs and Project Management Division
U.S. Army Engineer District in New Orleans, Louisiana
U.S. Army Engineer District, New Orleans


GOVERNMENT EXHIBIT R-1

## DECLARATION

       I am currently a Biologist for the U.S. Army Engineer District in New Orleans, Louisiana. I have read the allegations concerning the Caernarvon Fresh Water Diversion Project in the Memorandum in Opposition to Motion for Summary Judgment With Incorporated Request for Extension of Time to Conduct Discovery filed by the defendant in United States of America versus A.J.S., Inc., et al, Civil Action No. 00-0263, Section "C" (2), now pending in the U.S. District Court for the Eastern District of Louisiana.

       I attended a meeting on January 31, 1997 in the Executive Office of the New Orleans District headquarters. I have no recollection of stating during the course of that meeting that "the oystermen were misled."

       I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. (28 USC 1746.)

       Executed on: November 17, 2000.

_____
Bruce Holland Baird
Biologist
U.S. Army Engineer District, New Orleans


GOVERNMENT EXHIBIT R-2