

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV 30 PM 4: 35

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 00-263 |
| A. J. S., INC. ET AL. | SECTION "C" (2) |

**IT IS ORDERED** that a **Settlement Conference** is set in this case on **December 12, 2000 at 3:00 p.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 501 Magazine St., Hale Boggs Building, Room B409, New Orleans, Louisiana.

Counsel for all parties are instructed to submit their respective settlement position letters on or before **December 11, 2000** for the confidential and exclusive use of Magistrate Judge Joseph C. Wilkinson, Jr.

New Orleans, Louisiana, this  30th  day of November, 2000.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc: HON. GINGER BERRIGAN

DATE OF ENTRY
DEC - 1 2000

Fee____
Process____
X Dktd____
CtRmDep____
Doc.No.____