FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 DEC 13 AM 11: 16

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| Plaintiff | | |
| versus | * | NO: 00-0263 |
| A.J.S., INC. | * | SECTION "C" (2) |
| SAM DENNIS SLAVICH, | | |
| TERRI SPENCER SLAVICH | * | |
| ANTHONY JOSEPH SLAVICH, JR. | | |
| LORI KOEN SLAVICH, INDIVIDUALLY | * | |
| AND ON BEHALF OF A.J.S., INC., | | |
| AND MARY TESVICH SLAVICH | * | |
| INDIVIDUALLY AND ON BEHALF OF | | |
| A.J.S., INC. AND AS EXECUTRIX | * | |
| OF THE ESTATE OF ANTHONY J. | | |
| SLAVICH | * | |
| Defendants | | |

\* \* \*

## UNOPPOSED MOTION TO CONTINUE TRIAL

NOW INTO COURT, through undersigned counsel, come the defendants, , A.J.S., Inc., Sam Dennis Slavich, Terri Spencer Slavich, Anthony Joseph Slavich, Jr., Lori Koen Slavich, individually and on behalf of A.J.S., Inc., and Mary Tesvich Slavich, individually and on behalf of A.J.S., Inc., and as Executrix of the Estate of Anthony Slavich, and respectfully represents:

1.

This matter is scheduled for trial on the 22nd day of January, 2001.

2.

The parties have agreed that they are in need of additional time to complete the discovery ordered by the Court in its Order of November 30, 2000.

DATE OF ENTRY
DEC 1 4 2000

Fee_____
Process_____
X /Dktd_____
✓ CtRmDep_____
Doc.No._____

3.

In addition, the parties attended a settlement conference on December 12, 2000 which resulted in the development of a formula that may lead to the settlement of the case in the near future.

4.

Based on the above referenced grounds, the parties respectfully request that the trial scheduled for January 22, 2001 be continued to a new date to be set by the Court.

RESPECTFULLY SUBMITTED:

THOMAS B. CALVERT,
A PROFESSIONAL LAW CORPORATION

BY: _____
THOMAS B. CALVERT (#14129)
3838 North Causeway Boulevard
Suite 3095-Three Lakeway Center
Metairie, Louisiana 70002
Telephone: (504) 830-7660

Counsel for Defendants, , A.J.S., Inc., Sam Dennis Slavich, Terri Spencer Slavich, Anthony Joseph Slavich, Jr., Lori Koen Slavich, individually and on behalf of A.J.S., Inc., and Mary Tesvich Slavich, individually and on behalf of A.J.S., Inc., and as Executrix of the Estate of Anthony Slavich

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record by depositing same in the United States mails, postage pre-paid, first class on the 13th day of December, 2000.

_____
Thomas B. Calvert

Certificate of Compliance with Art 3 of this Court's Civil Justice Reform Act Expense + Delay Reduct Plan:

Pursuant to Rule 11 of the Fed Rules of Civil Proc. I certify that my client has consented to the filing of this motion + has been provided with copy of same. Thomas B Calvert TA.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | * | CIVIL ACTION |
| versus | * | NO: 00-0263 |
| A.J.S., INC.<br>SAM DENNIS SLAVICH,<br>TERRI SPENCER SLAVICH<br>ANTHONY JOSEPH SLAVICH, JR.<br>LORI KOEN SLAVICH, INDIVIDUALLY<br>AND ON BEHALF OF A.J.S., INC.,<br>AND MARY TESVICH SLAVICH<br>INDIVIDUALLY AND ON BEHALF OF<br>A.J.S., INC. AND AS EXECUTRIX<br>OF THE ESTATE OF ANTHONY J.<br>SLAVICH<br>Defendants | * | SECTION "C" (2) |

* * *

## ORDER and pre-trial conference

IT IS ORDERED that the trial in the matter of "United States of America vs A.J.S., Inc., Sam Dennis Slavich, Terri Spencer Slavich, Anthony Joseph Slavich, Jr., Lori Koen Slavich, individually and on behalf of A.J.S., Inc. and Mary Tesvich, individually and on behalf of A.J.S., Inc. and as Executrix of the Estate of Anthony J. Slavich", be continued to a new date to be set by this Court.*

New Orleans, Louisiana this 13 day of Dec, 2000.

_____
JUDGE

*A telephone conference will be held on January 4, 2001, at 10:15 a.m. to select new dates. The Court will initiate the telephone conference and will be represented by its Courtroom Deputy Clerk.