```
                                              FILED
                                       U.S. DISTRICT COURT
                                     EASTERN DISTRICT OF LA

                                       2001 JAN -3  PH 4: 23

                                        LORETTA G. WHYTE
                                              CLERK
```

MINUTE ENTRY
BERRIGAN, J.
JANUARY 4, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NUMBER: 00-0263 |
| A.J.S., INC., ET AL | SECTION: "C" 2 |

Upon request of counsel for the defendant,

**IT IS ORDERED** that the preliminary conference set for January 4, 2001, be and is hereby CONTINUED to be held on **Friday, January 19, 2001, at 10:00 a.m.** The Court will initiate the telephone conference call and will be represented at the conference by its Courtroom Deputy Clerk.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JAN - 4 2001

Fee_____
Process____
X/Dktd_____
CtRmDep____
Doc.No. 38