FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 19 PM 3:44

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
BERRIGAN, J.
JANUARY 19, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NUMBER: 00-0263 |
| A.J.S., INC., ET AL | SECTION: "C" 2 |

A preliminary conference was set for this date with the courtroom deputy.

PRESENT BY TELEPHONE:   Eneid Francis, Counsel for plaintiff
Thomas Calvert, Counsel for defendants

Counsel for the defendants advised the Court that the parties are still attempting to settle this matter and requested that the above-mentioned conference be continued; accordingly,

**IT IS ORDERED** that the preliminary conference set for January 19, 2001, be and is hereby CONTINUED to be held on **Friday, February 2, 2001, at 10:00 a.m.,** if necessary. The Court will initiate the telephone conference call and will be represented at the conference by its Courtroom Deputy Clerk.

UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JAN 22 2001

Fee____
Process____
X /Dktd____
✓ CtRmDep____
Doc.No.____