```
                                        FILED
                                   U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                   2001 FEB -2  PM 12: 22

                                   LORETTA G. WHYTE
                                        CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 00-0263 |
| A. J. S., INC., ET AL | SECTION "C" |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

IT IS ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this __2__ day of February 2001.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
FEB - 2 2001

```
Fee_____
Process____
Dktd_____
CtRmDep____
Doc.No_____
```