FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 MAR -8 PM 1:49
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 00-263 |
| A.J.S., INC. ET AL. | SECTION "C" (2) |

**ORDER**

Counsel previously advised the court that they had settled this matter. A 60-day conditional dismissal order was entered. Record Doc. No. 40. Counsel has now advised the court (letter attached for filing in the record) that the lawyers have not agreed upon a mechanism by which to document the settlement. Accordingly, **IT IS ORDERED** that consummation of settlement will proceed as follows:

No later than **March 15, 2001**, defense counsel must provide to plaintiff's counsel a draft receipt and release documenting the settlement.

DATE OF ENTRY
MAR - 8 2001

Fee
Process
X Dktd
CtRmDep
Doc.No. 41

No later than **March 22, 2001**, counsel for the United States must provide defense counsel with her comments concerning the draft and counsel must meet in person and finalize the settlement documents.

Counsel for the United States is instructed that the court insists upon documentation of this settlement in the ordinary, prudent way in which settlement of civil cases is consummated.

Attorneys, Eneid A. Francis and Thomas B. Calvert, together with representatives of the parties with authority to execute the settlement documents, are hereby **ORDERED** to appear IN PERSON before the undersigned magistrate judge on **Tuesday, March 27, 2001 at 2:00 p.m.** simultaneously to execute the settlement documents and exchange settlement funds, unless counsel have managed to accomplish this common, simple function of lawyers on their own without court supervision prior to that date.

New Orleans, Louisiana, this 8th day of March, 2001.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc: HON. GINGER BERRIGAN

THOMAS B. CALVERT
A PROFESSIONAL LAW CORPORATION
3838 NORTH CAUSEWAY BOULEVARD, SUITE 3095
METAIRIE, LOUISIANA 70002

TELEPHONE: (504) 830-7660 FACSIMILE: (504) 830-7661

file in the record attached to 3/8/01 order

March 6, 2001




Honorable Ginger Berrigan
Judge
United States District Court
Eastern District of Louisiana
500 Camp Street
New Orleans, Louisiana 70130

RE: United States of America
vs
A.J.S., Inc., et al
USDC #00-0263 "C"

Dear Judge Berrigan

On February 2, 2001, this Court entered a Sixty Day Order in reference to the above captioned matter. The defendants, A.J.S, Inc and the Slavich entities, are in possession of a $75,000.00 check representing the agreed final payment for the resolution of the obligation sued upon. However, the defendants wish to review the Receipt and Release before tendering the funds. Every case in which I have participated in the past, the defendants have always drafted the Receipt and Release. In this case, the United States of America insisted on drafting the Receipt and Release which in turn requires me to request a copy of the proposed Receipt and Release prior to delivery of the settlement funds so that I can review the terms and language of the Release. This is standard elementary procedure in the practice of law. Unfortunately, the Government does not wish to comply with my request. I believe your assistance in resolving this issue might expedite the ultimate resolution of this matter. I remain,

Respectfully yours,

Thomas B Calvert

TBC:cln
cc: Eneid Francis, Esq