FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR 13 PM 2:49

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | No. 00-0263 |
| A.J.S., INC., ET AL. | * | SECTION: "C"(2) |

\* \* \*

## MOTION TO CONTINUE

NOW INTO COURT, through the undersigned Assistant U.S. Attorney comes the United States of America, which moves to continue the March 22, 2001, meeting between counsel imposed by the court in its March 8, 2001, order.

By Order entered on March 8, 2001, this court ordered counsel for the parties to meet on March 22, 2001, to finalize settlement documents. Counsel for the United States, however, will be out of the office in Des Moines, Iowa, from March 20 through March 23, 2001, returning to the office on March 26, 2001. Therefore, counsel for the United States requests that the court ordered meeting on March 22, 2001, be continued to March 26, 2001.

DATE OF ENTRY
MAR 1 4 2001

__ Fee
__ Process
X Dktd
__ CtRmDep
   Doc.No. 42

Counsel for the defendants has been contacted, and he has no opposition to the continuance.

Respectfully submitted,

EDDIE J. JORDAN, JR.
UNITED STATES ATTORNEY

_____
ENEID A. FRANCIS
Assistant United States Attorney
Bar Roll No. 5816
Hale Boggs Federal Building
501 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 680-3060

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the defendants by first-class mail, postage prepaid, on the **13th** day of **March**, 2001.

_____
ENEID A. FRANCIS
Assistant United States Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | No. 00-0263 |
| A.J.S., INC., ET AL. | * | SECTION: "C"(2) |
| * * * | | |

O R D E R

Considering the Motion To Continue filed by the United States of America *and the Asst. U.S. Attorney's certification that there is no objection*,

IT IS HEREBY ORDERED that the March 22, 2001, meeting between counsel ordered by this court be continued to March 26, 2001.

New Orleans, Louisiana, this _13th_ day of _March_, 2001.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Hon. G. Benigno