FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR 26 PM 1: 23

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
WILKINSON, M. J.
MARCH 26, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 00-263 |
| A.J.S., INC. ET AL. | SECTION "C" (2) |

Counsel have reported substantial progress toward finalization of appropriate settlement documents in this case. Accordingly, at their request, counsel need not appear before the undersigned magistrate judge on March 27, 2001, as previously ordered. The conference may be rescheduled at the request of any party, if documentation of the settlement is not satisfactorily completed.

JOSEPH C. WILKINSON, JR.
cc: HON. GINGER BERRIGAN    UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
MAR 2 6 2001

Fee ___
Process ___
X Dktd ___
CtRmDep ___
Doc.No. 43