UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 MAR 30 AM 11: 16
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | * | CIVIL ACTION |
| versus | * | NO: 00-0263 |
| A.J.S., INC.<br>SAM DENNIS SLAVICH,<br>TERRI SPENCER SLAVICH<br>ANTHONY JOSEPH SLAVICH, JR.<br>LORI KOEN SLAVICH, INDIVIDUALLY<br>AND ON BEHALF OF A.J.S., INC.,<br>AND MARY TESVICH SLAVICH<br>INDIVIDUALLY AND ON BEHALF OF<br>A.J.S., INC. AND AS EXECUTRIX<br>OF THE ESTATE OF ANTHONY J.<br>SLAVICH<br>Defendants | *<br><br>*<br><br>*<br><br>*<br><br>*<br><br>*<br>* * * | SECTION "C" (2) |

## MOTION TO DISMISS WITH PREJUDICE

NOW COMES, the United States of America and upon suggesting to this Honorable Court that amicable settlement has been made in reference to the above captioned and numbered cause of action and respectfully moves this Court for an Order of Dismissal dismissing this claim with prejudice.

EDDIE C. JORDAN, JR.
UNITED STATES ATTORNEY

BY: _____
ENEID A. FRANCIS (#5816)
Assistant United States Attorney
Hale Boggs Federal Building
501 Magazine Street, Second Floor
New Orleans, Louisiana 70130
(504) 680-3000

DATE OF ENTRY
APR 0 2 2001

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No. 44

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>　　　Plaintiff | * | CIVIL ACTION |
| versus | * | NO: 00-0263 |
| A.J.S., INC.<br>SAM DENNIS SLAVICH,<br>TERRI SPENCER SLAVICH<br>ANTHONY JOSEPH SLAVICH, JR.<br>LORI KOEN SLAVICH, INDIVIDUALLY<br>AND ON BEHALF OF A.J.S., INC.,<br>AND MARY TESVICH SLAVICH<br>INDIVIDUALLY AND ON BEHALF OF<br>A.J.S., INC. AND AS EXECUTRIX<br>OF THE ESTATE OF ANTHONY J.<br>SLAVICH<br>　　　Defendants | * | SECTION "C" (2) |

## ORDER

Considering the foregoing:

IT IS ORDERED that the matter of "United States of America versus A.J.S., Inc., Sam Dennis Slavich, Terri Spencer Slavich, Anthony Joseph Slavich, Jr., Lori Koen Slavich, individually and on behalf of A.J.S., Inc., and Mary Tesvich Slavich, individually and on behalf of A.J.S., Inc. and as Executrix of the Estate of Anthony J. Slavich" bearing civil action 2000-0263 on the docket of this Court be dismissed with prejudice.

New Orleans, Louisiana this ____ day of _____, 2001.

_____
JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the defendant by first-class mail, postage, prepaid, on this **30th** day of **March**, 2001.

```
                              _____
                              ENEID A. FRANCIS
                              Assistant United States Attorney
```